PEOPLE, PLAINTIFF AND APPELLEE, v. ROLDÁN, DEFENDANT AND APPELLANT.

APPEAL from the District Court of Humacao.

No. 2032.—Decided June 26, 1923.

Decided on the grounds of the opinion delivered in the case of *People* v. *Roldán,* *ante,* page 134.

Mr. *A. Aponte, Jr.,* for the appellant.
Mr. *José E. Figueras, Fiscal,* for the appellee.

MR. JUSTICE FRANCO SOTO delivered the opinion of the court.

This case is almost identical with case No. 2037. The only difference is in the amount of the loan, but the issue is the same, the same evidence was examined in both cases and the fundamental errors assigned were the same.

For the reasons stated in our decision in case No. 2037 the judgment is reversed and the defendant is acquitted.

*Reversed.*

Chief Justice Del Toro and Justices Aldrey and Hutchison concurred.

Mr. Justice Wolf took no part in the decision of this case.